[No. 18273-8-III.    Division Three.    March 23, 2000.]

OKANAGON HOUSE, INC., ET AL., *Respondents*, V. AGENCY
BROKERAGE AND CONSULTING SERVICES, INC., ET AL.,
*Defendants*, DOUGLAS M. THOMPSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-2-02807-2, Paul A. Bastine, J.,
entered March 5, 1999. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney and Kato, JJ.

[No. 18449-8-III.    Division Three.    March 23, 2000.]

ARLENE WIGGINS, *Respondent*, V. THE OKANOGAN SCHOOL
DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 98-2-00100-5, Jack Burchard, J., entered
April 19, 1999. *Affirmed* by unpublished opinion per Schul-
theis, J., concurred in by Sweeney and Kato, JJ.

[Nos. 23273-1-II; 23714-8-II.    Division Two.    March 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, V. MICHAEL POPE,
*Appellant*.

THE STATE OF WASHINGTON, *Respondent*, V. MONTE ROBIN
KAIJA, JR., *Appellant*.

Appeals from judgments of the Superior Court for Lewis
County, Nos. 97-1-00215-4 and 97-1-00773-3, Richard L.
Brosey, J., entered January 8 and August 31, 1998. *Affirmed
in part* and *reversed in part* by unpublished opinion per
Houghton, J., concurred in by Seinfeld, J., and Tollefson, J.
Pro Tem. Now published at 100 Wn. App. 624.